[No. 8750–2–II.   Division Two.   June 23, 1986.]

*In the Matter of the Welfare of*
CRYSTAL DAWN WILLIAMSON.

Appeal from a judgment of the Superior Court for Lewis County, No. 84–7–00116–6, James B. Gober, J. Pro Tem., entered April 8, 1985. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6748–3–III.   Division Three.   June 26, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TED A. BUCHMANN, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 84–1–00018–4, Sidney R. Buckley, J., entered September 14, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 6915–0–III.   Division Three.   June 26, 1986.]

ARTHUR M. RALPHS, ET AL, *Appellants,* v. JOHN PARA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 38158, Fred Van Sickle, J., entered February 20, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 17126–7–I.   Division One.   June 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYDE DENNIS RAASCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–03116–2, Jim Bates, J., entered November 7, 1985. *Reversed* and *remanded* by unpublished per curiam opinion.